Silas Swartz, Appellant, v. John Crosby Brown and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

John W. Schaefer, Respondent, v. Henri Etienne Boulle, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Georgianna Dickerman, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment as so modified and order affirmed, without costs; Patterson, P. J., and Ingraham, J., dissenting on opinion of Ingraham, J., on former appeal.* Settle order on notice.

George Hoffman, as Administrator, etc., of Julia Huf, Deceased, Appellant, v. Union Dime Savings Institution, Respondent.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.) Order filed.

James Henry, an Infant, by Christopher Henry, His Guardian ad Litem, Respondent, v. Interurban Street Railway Company, Appellant.— Order granting extra allowance reversed, without costs. Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $3,732.95; in which event judgment as so reduced and order denying motion for new trial affirmed, without costs. No opinion. (Laughlin, J., dissenting.) Settle order on notice.

Esther Goldman, Respondent, v. Frank G. Swartwout, Appellant.— Judgment and order affirmed, without costs. No opinion. (Houghton, J., dissenting.) Order filed.

Henry G. Peters, Respondent, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

Elise M. J. Klenke, née Fernschild, Respondent, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Appellants.— Judgment modified by reducing the amount awarded for fee damage to $4,000, and by reducing the judgment as entered for fee damage, including costs, allowance, etc., to the sum of $2,212.77, and as modified affirmed, without costs. No opinion. Settle order on notice.

Guiseppi Abia, Appellant, v. Arthur Bollerman, Respondent.— Order affirmed, with costs. No opinion. Order filed.

Samuel Molker, an Infant, Appellant, v. The City of New York, Respondent. — Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., to Macomb's Road (Although Not Yet Named by Proper Authority) from Its Junction with Jerome Avenue Opposite Marcy Place to Macomb's Road North of East One Hundred and Seventieth Street, in the Twenty-third and Twenty-fourth Wards, Borough of Bronx, in the City of New York. Edward L. Woolf and Others, Appellants; Edward C. Striffler,

---

* See *Dickerman* v. *Weeks* (108 App. Div. 257). — REP.